# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

## OFFENSE CHARGED

- 21 U.S.C § 846 and 841(a)(1)/841(b)(1)(A) – intent to distribute 5 kilograms or more of cocaine (Count 1)
- 18 U.S.C. § 924(c)(1)(A)(i) – possession of firearm in furtherance of drug trafficking (Count 2)
- 18 U.S.C § 922(g)(5) – illegal alien in possession of a firearm/ammunition (Count 3)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Cnt 1: Max. life in prison/min. 10 years in prison; $10,000,000 max. fine; lifetime supervised release; and $100 special assessment.
Cnt 2: Max. life in prison /min. 5 years prison; $250,000 fine; 5 years SR;$100
Cnt 3: Max. 10 yrs prison, max. fine of $250,000; min. supervised release term of 3 yrs; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED filing

2012 MAY -3 P 2:58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶ VICTOR HUGO SANCHEZ-ESPINO

DISTRICT COURT NUMBER

CR D 12 0323 YGR

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

ATF Special Agent Kenneth Cooper

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form _____ MELINDA HAAG _____

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____ Asst U.S. Atty Randy S. Luskey _____

## DEFENDANT

### IS NOT IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No

} If "Yes" give date filed _____

DATE OF ARREST _____ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY _____ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

## OFFENSE CHARGED

- 21 U.S.C § 846 and 841(a)(1)/841(b)(1)(A) – intent to distribute 5 kilograms or more of cocaine (Count 1)
- 18 U.S.C § 924(c)(1)(A)(i) – possession of firearm in furtherance of drug trafficking (Count 2)
- 18 U.S.C § 922(g)(5) – illegal alien in possession of a firearm/ammunition (Count 3)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

**PENALTY:** Cnt 1: Max. life in prison/min. 10 years in prison; $10,000,000 max. fine; lifetime supervised release; and $100 special assessment
Cnt. 2: Max. life /min. 5 years prison; $250,000 fine; 5 years SR;$100
Cnt 3: Max. 10 yrs prison, max. fine of $250,000; min. supervised release term of 3 yrs; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

☐ DEFENDANT - U.S

▶ JAMEX EUGENIO CORONEL

DISTRICT COURT NUMBER

**CR 12 0323**

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF Special Agent Kenneth Cooper

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. ATTORNEY ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form **MELINDA HAAG**

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) **Asst U.S. Atty Randy S. Luskey**

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
 If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND

*FILED*

2012 MAY -3 P 2: 59

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

VICTOR HUGO SANCHEZ-ESPINO and
JAMEX EUGENIO CORONEL

**YGR**
**E-filing**

CR 12  0323

DEFENDANT(S).

# INDICTMENT

VIOLATIONS: Title 21, United States Code, Section 846 –
Conspiracy to Distribute/Possess with Intent to Distribute a
Controlled Substance; Title 18, United States Code, Section 924(c)
(1)(A)(i) – Carrying and Possession of a Firearm in Furtherance of a
Drug Trafficking Crime; Title 18 United States Code, Section 922 (g)
(5)(A) – Illegal Alien in Possession of a Firearm; Title 18, United
States Code, Section 924(d) – Forfeiture of Firearms

A true bill.

_____ Foreman

Filed in open court this ___3rd___ day of

___May, 2012___

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. Ro.
Clerk

Bail, $ _no proc___

1 | MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

2012 MAY -3  P 2: 59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*YGR*

# CR 12 0323

UNITED STATES OF AMERICA,       )
                                )   NO.
        Plaintiff,              )
                                )   VIOLATIONS: Title 21, United States
    v.                          )   Code, Section 846 – Conspiracy to
                                )   Distribute/Possess with Intent to Distribute a
                                )   Controlled Substance; Title 18, United
VICTOR HUGO SANCHEZ-ESPINO and  )   States Code, Section 924(c)(1)(A)(i) –
JAMEX EUGENIO CORONEL           )   Carrying and Possession of a Firearm in
                                )   Furtherance of a Drug Trafficking Crime;
                                )   Title 18 United States Code, Section 922
        Defendants.             )   (g)(5)(A) – Illegal Alien in Possession of a
                                )   Firearm; Title 18, United States Code,
                                )   Section 924(d) – Forfeiture of Firearms
                                )
                                )   OAKLAND VENUE
_____)

## INDICTMENT

The Grand Jury charges:

COUNT ONE:       (21 U.S.C. § 846 - Conspiracy to Distribute/Possess with Intent to
                 Distribute a Controlled Substance)

From on or about February 14, 2012, up through and including on or about April 18, 2012, in

the Northern District of California, the defendants,

VICTOR HUGO SANCHEZ-ESPINO, and
JAMEX EUGENIO CORONEL

INDICTMENT

1    and others known and unknown to the Grand Jury did knowingly and intentionally conspire to

2    distribute and possess with intent to distribute a Schedule II controlled substance, to wit: 5

3    kilograms or more of a mixture and substance containing a detectable amount of cocaine, its

4    salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States

5    Code, Sections 846, 841(a)(1) and (b)(1)(A)(ii).

6

7    COUNT TWO:          (18 U.S.C. §§ 924(c)(1)(A)(i) - Carrying and Possession of a
                        Firearm During and in Relation to and in Furtherance of a Drug
8                       Trafficking Crime)

9        On or about April 18, 2012, in the Northern District of California, the defendants,

10                        VICTOR HUGO SANCHEZ-ESPINO, and
                          JAMEX EUGENIO CORONEL,
11

12   aided and abetted each by the other, did knowingly carry firearms during and in relation to the

13   drug trafficking crime alleged in Count One herein, which crime may be prosecuted in a court of

14   the United States, and, in furtherance of that crime, did knowingly possess those firearms, to wit:

15   a Taurus, Model PT140, .40-caliber semi-automatic pistol, bearing serial number SDR43254, an

16   Argentina, Model 1911, .45-caliber semi-automatic pistol, bearing serial number 69684, and a

17   Heckler and Koch, Model USP9, 9mm semi-automatic pistol, bearing serial number 24-098539,

18   in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

19

20   COUNT THREE:        (18 U.S.C. § 922(g)(5)(A) - Illegal Alien in Possession of a Firearm)

21       On or about April 18, 2012, in the Northern District of California, the defendants,

22                        VICTOR HUGO SANCHEZ-ESPINO, and
                          JAMEX EUGENIO CORONEL,
23

24   then being aliens illegally and unlawfully in the United States, aided and abetted each by the

25   other, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

26   a Taurus, Model PT140, .40-caliber semi-automatic pistol, bearing serial number SDR43254, an

27   Argentina, Model 1911, .45-caliber semi-automatic pistol, bearing serial number 69684, and a

28   Heckler and Koch, Model USP9, 9mm semi-automatic pistol, bearing serial number 24-098539,

INDICTMENT                              2

1   in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 2.

2   FORFEITURE ALLEGATION: (18 U.S.C. § 924(d) - Forfeiture of Firearms)

3       The factual allegations contained in Count Two of this Indictment are re-alleged and by this

4   reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the

5   provisions 18 U.S.C. § 924(d)(1).

6       Upon a conviction of for the offense alleged in Count Two above, the defendants,

7                   VICTOR HUGO SANCHEZ-ESPINO, and
                    JAMEX EUGENIO CORONEL,
8

9   shall forfeit to the United States any firearm, silencer, or ammunition involved in or used in any

10  knowing violation of said offenses, including but not limited to the following property:

11      a.      Taurus, Model PT140, .40-caliber semi-automatic pistol, bearing serial number

12              SDR43254;

13      b.      Argentina, Model 1911, .45-caliber semi-automatic pistol, bearing serial number

14              69684; and

15      c.      Heckler and Koch, Model USP9, 9mm semi-automatic pistol, bearing serial

16              number 24-098539;

17      Pursuant to Title 18, United States Code, Section 924(d)(1).

18

19  DATED:                                  A TRUE BILL.

20  MAy 3, 2012

21                                          FOREPERSON

22  MELINDA HAAG
    United States Attorney
23

24
    WIL FRENTZEN
25  Chief, Strike Force/Violent Crimes

26

27
    (Approved as to form: _____)
28                  AUSA RANDY LUSKEY

INDICTMENT                              3