MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

450 Golden Gate Avenue
Eleventh Floor
San Francisco, CA 94102
Telephone: (415) 436-7301
Fax: (415) 436-6753
E-Mail: randall.luskey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.     CR 12-00323-YGR |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: RECORDING |
| v. | ) ) | |
| VICTOR HUGO SANCHEZ-ESPINO, MILTON GAMEZ FIERRO, JAMEX EUGENIO CORONEL, PAMELA LUNA, ALEJANDRO PARRA-SOLORIA, JAIME BARRERA OREGEL, | ) ) ) ) ) ) | OAKLAND VENUE |
| Defendants. | ) ) | |

With the agreement of the parties, and with the consent of defendants, the Court enters

the following Order:

Defendants SANCHEZ-ESPINO and CORONEL are charged by Indictment with: (1)

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in

violation of Title 21, United States Code, Section 846; (2) Carrying and Possessing a Firearm

During, in Relation to, and in Furtherance of a Drug Trafficking Crime, in violation of Title 18,

United States Code, Section 924(c)(1)(A); and (3) Illegal Alien in Possession of a Firearm, in

violation of Title 18, United States Code, Section 922(g)(5).  Defendants FIERRO, LUNA, PARRA-SOLORIA and OREGEL are charged by Complaint with: (1) Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846; and (2) Carrying and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).  Pursuant to defendants' requests, the United States will produce copies of the audio and video recording of the alleged incident at issue (hereinafter "RECORDING") to defense counsel, in lieu of making it available for review only, pursuant to the following restrictions:

1.      Except when being actively examined for the purpose of the preparation of the defense of defendant, the RECORDING shall be maintained in a secure drawer, cabinet, or safe or password-protected electronic device (e.g., computer, memory stick), which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare defendant's defense, and his or her investigator(s).  Defense counsel, members of his or her law firm, defendant, and the investigator(s) shall not permit any person access of any kind to the RECORDING except as set forth below.

2.      The following individuals may examine the RECORDING for the sole purpose of preparing the defense of defendant and for no other purpose:

        a)      Counsel for defendant;

        b)      Members of defense counsel's law office or other individuals working with defense counsel who are assisting with the preparation of defendant's defense;

        c)      Defendant, but only in the presence of defense counsel or another authorized person listed in this paragraph, (defendant may not take or maintain the RECORDING or copies thereof);

        d)      Investigators retained by defendant to assist in the defense of this matter. If defense counsel determines that additional persons are needed to review the RECORDING, he or she must obtain a further order of the Court before allowing any other individual to review the

materials.

3.      A copy of this Order shall be maintained with the RECORDING at all times.

4.      All individuals, other than defense counsel and defendant, who receive access to the RECORDING, prior to receiving access to the materials, shall sign a copy of this Order acknowledging that:

        a)      they have reviewed the Order;

        b)      they understand its contents;

        c)      they agree that they will only access the RECORDING and information for the purposes of preparing a defense for defendant;

        d)      they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for defendant shall either (1) send signed copies of the Order to counsel for the United States or (2) file signed copies of the Order, *ex parte* and under seal.  The United States shall have no access to the signed copies filed under seal without further order of the Court.

5.      No other person may be allowed to examine the RECORDING without further order of the Court.  Examination of the RECORDING shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6.      The RECORDING may be duplicated to the extent necessary to prepare the defense of this matter.  Any duplicates will be treated as originals in accordance with this Order.

7.      If the RECORDING is attached to any pleadings, the RECORDING shall be filed or lodged under seal.

8.      The defense team shall return or destroy the RECORDING (and any duplicate copies of the same) to the United States fourteen calendar days after any one of the following events, whichever occurs latest in time: dismissal of all charges against defendant; defendant's acquittal by court or jury; or the conclusion of any direct appeal.

9.      After the conclusion of proceedings in the district court or any direct appeal in the above-captioned case, the United States will maintain a copy of the RECORDING.  The United States will maintain the RECORDING until the time period for filing a motion pursuant to 28

1  U.S.C. § 2255 has expired.  After the statutory time period for filing such a motion has expired,

2  the United States may destroy the RECORDING.  In the event defendant is represented by

3  counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide that

4  counsel with a copy of the RECORDING under the same restrictions as trial and direct appeal

5  defense counsel.  Defendant's attorney in any action under 28 U.S.C. § 2255 shall return the

6  same materials fourteen calendar days after the district court's ruling on the motion or fourteen

7  calendar days after the conclusion of any direct appeal of the district court's denial of the

8  motion, whichever is later.

9

10

11  STIPULATED:

12

13  DATED: May 9, 2012                    _____/s/_____
                                         JOYCE LEAVITT
14                                       Attorney for Def. Victor Hugo Sanchez-Espino

15
    DATED: May 9, 2012                    _____/s/_____
16                                       JEFFRY GLENN
                                         Attorney for Defendant Jamex Eugenio Coronel
17

18  DATED: May 9, 2012                    _____/s/_____
                                         DAVID ANDERSEN
19                                       Attorney for Defendant Milton Gamez Fierro

20
    DATED: May 9, 2012                    _____/s/_____
21                                       BRIAN BERSON
                                         Attorney for Defendant Pamela Luna
22

23  DATED: May 9, 2012                    _____/s/_____
                                         CHRISTOPHER CANNON
24                                       Attorney for Defendant Alejandro Parra-Soloria

25
    DATED: May 9, 2012                    _____/s/_____
26                                       MARY MCNAMARA
                                         Attorney for Defendant Jaime Barrera Oregel
27

28

PROTECTIVE ORDER
CR 12-00323-YGR                              4

1

2
DATED: May 9, 2012                    MELINDA HAAG
3                                      United States Attorney

4
                                       _____/s/_____
5                                      RANDY LUSKEY
                                       Assistant United States Attorney
6

7        IT IS SO ORDERED that disclosure of the above-described materials shall be restricted

8  as set forth above.

9

10 DATED: May _16_, 2012              _____
                                       HONORABLE YVONNE GONZALEZ ROGERS
11                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER                          5
CR 12-00323-YGR