UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR HUGO SANCHEZ-ESPINO, and<br>JAMEX EUGENIO CORONEL,<br><br>    Defendant(s). | **Case No.  CR 12-0323 YGR**<br><br>**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |

    Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreements entered on October 25, 2012 and November 15, 2012, wherein the defendants admitted to the forfeiture allegation, and good cause appearing,

    IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Taurus, Model PT140, .40-caliber semi0automatic pistol, bearing serial number SDR43254;

b. Argentina, Model 1911, .45-caliber semi-automatic pistol, bearing serial number 69684;

c. Heckler and Koch, Model USP9, 9mm semi-automatic pistol, bearing serial number 24-098539; and

d. Seven .40-caliber cartridges, Eight .45-caliber cartridges, and Ten 9mm cartridges,

pursuant to Title 18, United States Code, Section 924(d).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendants at the time of sentencing and shall be made part of the sentence and included in the judgment.

Defendant Jamex Eugenio Coronel was sentenced on February 14, 2013. As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment entered on February 15, 2013.

Defendant Victor Hugo Sanchez-Espino was sentenced on February 22, 2013. As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment entered on March 1, 2013.

**IT IS SO ORDERED** this 4th day of April 2013.

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE    2
CR 12-0323 YGR