UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR HUGO SANCHEZ-ESPINO, and<br>JAMEX EUGENIO CORONEL,<br><br>    Defendant(s). | Case No. CR 12-0323 YGR<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On April 04, 2013, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, Taurus, Model PT140, .40-caliber semi0automatic pistol, bearing serial number SDR43254; Argentina, Model 1911, .45-caliber semi-automatic pistol, bearing serial number 69684; Heckler and Koch, Model USP9, 9mm semi-automatic pistol, bearing serial number 24-098539; and Seven .40-caliber cartridges, Eight .45-caliber cartridges, and Ten 9mm cartridges, pursuant to Title 18, United States Code, Section 924(d).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

//

1  THEREFORE, it is ordered that the above-described property shall be forfeited to the
2  United States, pursuant to Title 18, United States Code, Section 924(d). All right, title, and
3  interest in said property is vested in the United States of America. The appropriate federal agency
4  shall dispose of the forfeited property according to law.

Dated: July 3, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge